IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01638-RPM

KING SOOPERS, INC.,

    Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL NO. 7,

    Defendant.

---

### ORDER DENYING MOTION TO DISMISS

---

On October 23, 2006, the defendant filed a Motion to Dismiss the Plaintiff's Second Claim for Relief.  The plaintiff responded on October 30, 2006, and the defendant replied on November 9, 2006.  Upon considering these pleadings, the Court concludes that the second claim for relief is not a separate and independent claim from the primary contention that the arbitrator has acted in excess of his authority in ordering discovery in the arbitration of the pending grievance.  Whether the defendant's motion be considered under Fed. R. Civ. P. 12(b)(6) or 12(c), the motion is denied both as a violation of this Court's stay order and because it lacks merit.  Accordingly, it is

ORDERED that the defendant's motion to dismiss is denied.

Dated: November 14, 2006

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge