IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01638-RPM

KING SOOPERS, INC.,

     Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL NO. 7,

     Defendant.

---

ORDER OF DISMISSAL FOR MOOTNESS

---

     On March 20, 2007, the plaintiff filed a motion for voluntary dismissal of this action under Fed.R.Civ.P. 41(a)(2), asking for dismissal without prejudice.  It appears from the contents of the motion that the matter is moot.  It is therefore

     ORDERED that this civil action is dismissed as moot.

     Dated: March 21, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge